# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 2, 2013

_____

## DOCKET CORRECTION NOTICE
_____

No. 13-4339,    US v. Lawrence Hawkins, Jr.
                2:12-cr-00197-AWA-LRL-1

TO:    Harry Dennis Harmon

MOTION DUE:  August 7, 2013

Please file the motion identified below by the due date indicated using the **MOTION** entry.

---

[ ] **MOTION / extend filing time** for [    ]

---

[ ] **MOTION / file addendum/attachment**

---

[ ] **MOTION / file amicus brief**

---

[ ] **MOTION / file supplemental appendix**

---

[ ] **MOTION / file supplemental brief**

---

[ ] **MOTION / file surreply brief**

---

[ x ] **MOTION / leave to file**. Copy expenses for the appendix in Anders case will not be reimbursed unless the court has granted a motion for leave to file.

---

[ ] **MOTION / exceed length limitations** Reimbursement for copy expenses for the appendix in a court-appointed case will be limited to 250 double-sided sheets unless the court has granted a motion to exceed length limitations.

---

Joy Hargett Moore, Deputy Clerk
804-916-2702