FILED: August 23, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4339

(2:12-cr-00197-AWA-LRL-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

LAWRENCE LEO HAWKINS, JR.

      Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 08/30/2013

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk