FILED:  August 30, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4339

(2:12-cr-00197-AWA-LRL-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

LAWRENCE LEO HAWKINS, JR.

        Defendant - Appellant

_____

O R D E R

_____

Upon review of submissions relative to the motion to file a supplemental appendix, the court grants the motion and accepts the supplemental appendix for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk